Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Deg, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NextGen Leads, LLC d/b/a First Quote Health,<br><br>Defendant. | CASE NO.: 2:20-CV-00818-MCE-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Zachary Deg hereby moves this Court to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the putative class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Dated: May 12, 2020                              **KAZEROUNI LAW GROUP, APC**

                                                                By: s/ Ryan L. McBride
                                                                      Ryan L. McBride, Esq.
                                                                      *Attorney for Plaintiff*